UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
O.G.,

                    Petitioner,                    25-CV-08977 (JAV)

      -v-                    <u>ORDER</u>

LADEON FRANCIS, et al.,

                    Respondents.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On October 29, 2025, a petition for writ of habeas corpus ("Petition") was filed on behalf of O.G. ("Petitioner"). ECF No. 1. The petition seeks relief to remedy Petitioner's purportedly unlawful detention by the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"). *Id.* at 41. Petitioner has filed a motion for an order to show cause why the petition should not be granted.

The Court hereby ORDERS that Petitioner shall not be removed from the United States unless and until the Court orders otherwise in order to preserve the Court's jurisdiction pending its consideration of the habeas petition. *See, e.g.*, *Local 1814, Intern. Longshoremen's Ass'n, AFL-CIO v. New York Shipping Ass'n, Inc.*, 965 F.2d 1224, 1237 (2d Cir. 1992) ("Once the district court acquires jurisdiction over the subject matter of, and the parties to, the litigation, the All Writs Act [28 U.S.C. § 1651] authorizes a federal court to protect that jurisdiction" (cleaned up)); *Garcia-Izquierdo v. Gartner*, No. 04-CV-7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) (observing that, under the All Writs Act, 28 U.S.C. § 1651, a district court "may order that a petitioner's deportation be stayed . . . when a stay is necessary to preserve the

Court's jurisdiction of the case"); *cf. Michael v. I.N.S.*, 48 F.3d 657, 661-62 (2d Cir. 1995) (holding that the All Writs Act provides a federal court of appeals reviewing a final removal order with a basis to stay removal).

A conference shall be held in this matter on November 5, 2025, at 2:30 p.m. in Courtroom 14C, United States Courthouse, 500 Pearl Street, New York, New York.

The Clerk of Court is directed to transmit a copy of this Order upon the U.S. Attorney's Office for the Southern District of New York (the "USAO"). The USAO shall take immediate steps to notify appropriate officials at ICE of this Order, and shall file a status report by no later than October 31, 2025, at 5 p.m.

SO ORDERED.

Dated: October 30, 2025
      New York, New York

                                     JEANNETTE A. VARGAS
                                     United States District Judge