

Alexandra Lampert
Senior Supervising Attorney, Immigration
(347) 977-7701
alampert@bds.org

**Brooklyn Defender Services**
156 Pierrepont Street
Brooklyn, NY 11201
Tel (718) 254-0700
Fax (718) 254-0897
info@bds.org

October 30, 2025

**VIA ECF**

Hon. J. Jeannette A. Vargas.
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

      Re:    O.G. v. Francis et al., 1:25-cv-08977-JAV

Dear Judge Vargas:

    Petitioner O.G. is represented by Brooklyn Defender Services and the NYU Immigrant Rights Clinic in the above-captioned case, which is a petition for a writ of habeas corpus seeking release from immigration detention or in the alternative, a constitutionally proper bond hearing.

    Counsel for petitioner and counsel for Respondents have conferred and agreed to the following briefing schedule:

- Government Response by November 12, 2025
- Petitioner's Reply by November 19, 2025

    We thus respectfully ask that the Court so-order the above schedule. We thank the Court for its attention to the matter.

Sincerely,

*/s/ Alexandra Lampert*
Alexandra Lampert, Esq.
Brooklyn Defender Services
177 Livingston Street
Brooklyn, NY 11201
347-977-7701
alampert@bds.org

SO ORDERED:

*Jeannette Vargas*
The Honorable Jeannette A. Vargas
United States District Judge
Dated: October 31, 2025

cc:    Jean-David Barnea, Assistant U.S. Attorney, S.D.N.Y. (by email)

**DEFEND • ADVOCATE • CHANGE**