

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 31, 2025

**BY ECF**

The Honorable Jeannette A. Vargas
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

     Re: *O.G. v. Francis et al.*, No. 25 Civ. 8977 (JAV)

Dear Judge Vargas:

     This Office represents the respondents in this case, in which petitioner O.G. ("Petitioner")[1] has brought a petition of habeas corpus dated October 29, 2025, relating to his immigration detention. ECF No. 1. On October 30, in response to Petitioner's motion for an order to show cause why his habeas petition should not be granted, this Court entered an order staying Petitioner's removal from the United States while it considers the petition. ECF No. 9. The Court instructed this Office to notify Immigration and Customs Enforcement ("ICE") of its order immediately and asked for a status report by today. *Id.* The Court also scheduled a conference for the afternoon of November 5. *Id.* I write respectfully to provide the requested status update and to seek an adjournment of the initial conference due to an unavoidable conflict.

     For a status update, within half an hour of receiving the Court's order yesterday at around 2:30 p.m., the undersigned provided it by email to ICE counsel and requested confirmation that the agency would implement it. Agency counsel confirmed receipt this morning and indicated that it would advise ICE's Enforcement and Removal Operations unit of the order.

     As for the hearing scheduled for November 5, the undersigned requests that it be adjourned because I will be participating in a previously scheduled witness interview at that time along with an attorney from another Department of Justice component. Several of the interview participants are traveling, and it is not possible to reschedule it at this late date. Counsel for Petitioner does not object to this request. The parties are available for a rescheduled conference on November 7 after 11:00 a.m. or, alternatively, anytime on November 12. To the extent the Court plans to use the conference to set a briefing schedule for this case, I note that the parties have submitted a letter setting forth an agreed schedule for such briefing for the Court's consideration. ECF No. 7.

---

[1] By motion filed concurrently with his habeas petition, Petitioner sought leave of the Court to proceed via pseudonym. ECF No. 2.

I thank the Court for its consideration of these matters.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: s/Jean-David Barnea
JEAN-DAVID BARNEA
Assistant United States Attorney
Tel. (212) 637-2679
Jean-David.Barnea@usdoj.gov

The Government's request is GRANTED. The conference scheduled for November 5, 2025, is adjourned to November 7, 2025 at 11:30 am. The Clerk of Court is directed to terminate ECF No. 10.

SO ORDERED.
Dated: October 31, 2025

JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE