UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

O.G.,

                              Petitioner,

                 -v-

LaDeon FRANCIS, et al.,

                              Respondents.

-------------------------------------------------------------------X

25-CV-08977 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

        Petitioner's request for leave to proceed under a pseudonym is **GRANTED**.  Petitioner has made a sufficient showing that the Petition "involves matters that are 'highly sensitive and [of a] personal nature.'"  *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 190 (2d Cir. 2008) (quoting *M.M. v. Zavaras*, 139 F.3d 798, 803 (10th Cir. 1998)).  The Court also notes that "[s]uits against the government 'involve no injury to the Government's reputation.'"  *Doe v. Skyline Automobiles Inc.*, 375 F. Supp. 3d 401, 406 (S.D.N.Y. 2019) (quoting *North Jersey Media Grp. Inc. v. Doe Nos. 1-5*, No. 12-CV-6152 (VM) (KNF), 2012 WL 5899331, at *7 (S.D.N.Y. Nov. 26, 2012)).  Since Respondents are all named in their official capacity here, Petitioner proceeding under a pseudonym poses little to no prejudice to Respondents.  Moreover, when challenging unlawful government action, "it is in the public interest that the price of access to the courts not be too high."  *Doe v. Del Rio*, 241 F.R.D. 154, 158 (S.D.N.Y. 2006) (citing *EW v. New York Blood Ctr.*, 213 F.R.D. 108, 112 (E.D.N.Y. 2003)).  The Court therefore finds that, in this instance, Petitioner's "interest in anonymity" outweighs "both the public interest in disclosure and any prejudice to the [respondents]."  *Sealed Plaintiff*, 537 F.3d at 189.

        The Clerk of Court is directed to terminate ECF No. 2.

        SO ORDERED.

Dated:  November 5, 2025
        New York, New York

                                              _____
                                              JEANNETTE A. VARGAS
                                              United States District Judge