```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
O.G.,                                                             :
                                                                  :
                              Petitioner,                         :    25-CV-8977 (JAV)
                                                                  :
            -v-                                                   :    TEMPORARY
                                                                  :    RESTRAINING ORDER
                                                                  :
LADEON FRANCIS, New York Field Office Director for                :
U.S. Immigration and Customs Enforcement, et al.,                 :
                                                                  :
                              Respondents.                        :
------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

Petitioner filed a Petition for a Writ of Habeas Corpus on October 30, 2025, seeking release from immigration detention or, in the alternative, a constitutionally proper bond hearing. ECF No. 1.  On the same day, this Court entered an Order staying Petitioner's removal from the United States while it considers the Petition.  ECF No. 9.

At a status conference held on Friday, November 7, 2025, Petitioner indicated intent to move for the Court to enjoin Petitioner's removal by Respondents from the Southern District of New York during the pendency of his Petition.  At that conference, the Court asked counsel for Respondents to agree not to transfer Petitioner while the Court considered Petitioner's motion.  On Monday, November 10, 2025, counsel for Respondents indicated in a letter to the Court that Respondents could not commit to voluntarily refraining from transferring Petitioner, pending Petitioner's motion to enjoin further transfer.  ECF No. 18.

Petitioner subsequently filed a motion to enjoin Respondents from transferring Petitioner pending final adjudication of his habeas petition.  ECF No. 19 (the "Transfer Motion"). Respondents' response to the motion is due November 13, 2025.

Petitioner also filed the instant Emergency Motion for a Temporary Restraining Order ("TRO"), ECF No. 20, to temporarily enjoin Petitioner's transfer from his current place of detention, the Orange County Correctional Facility, pending the Court's consideration of the Transfer Motion.

The Court GRANTS the motion for a TRO pursuant to Rule 65(b) of the Federal Rules of Civil Procedure. The Court finds that issuance of a TRO necessary to preserve the status quo and prevent irreparable harm in light of Petitioner's medical condition and his interest in maintaining continued access to legal counsel while the Court considers the pending Transfer Motion. *See* 28 U.S.C. § 1651(a) (empowering courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law"); *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2 (S.D.N.Y. June 13, 2025).

Upon due consideration of all proceedings and submissions in connection with the instant motion, the Court hereby ORDERS:

1) Respondents are enjoined from transferring Petitioner from the Orange County Correctional Facility pending the Court's resolution of the Transfer Motion.

2) Respondents shall file a letter on the docket confirming that the relevant Respondent agencies and officials have been served with notice of this Order.

The Clerk is directed to terminate ECF No. 20.

SO ORDERED.

Dated: November 11, 2025
New York, New York

                                                JEANNETTE A. VARGAS
                                                United States District Judge