UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
O.G.,                                                                   :
                                                                        :
                                        Petitioner,                     :
                                                                        :                    25-CV-08977 (JAV)
                    -v-                                                  :
                                                                        :                    ORDER
LADEON FRANCIS, et al.,                                                 :
                                                                        :
                                        Respondents.                    :
                                                                        :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        For the reasons set forth in the oral opinion delivered at the hearing held on December 3,

2025, Petitioner's petition for writ of habeas corpus is GRANTED IN PART AND DENIED IN

PART.  The Court finds that Petitioner is not subject to mandatory detention under 8 U.S.C. §

1225(b)(2) but is instead detained pursuant to 8 U.S.C. § 1226(a).  Accordingly, the Court

ORDERS Respondents to provide Petitioner with an individualized bond hearing before an

Immigration Judge **within 14 days from the date of this order** at which the Government shall bear

the burden to demonstrate, by clear and convincing evidence, that Petitioner is a danger to the

community or a flight risk.  The Court FURTHER ORDERS that Petitioner be permitted to

participate remotely in any such hearing to the extent possible given his current hospitalization and

medical condition.  At the bond hearing, the Immigration Judge must also consider non-bond

alternatives to detention or, if setting a bond, Petitioner's ability to pay.

        The Court FURTHER ORDERS that Respondents are enjoined from interfering with

communications between Petitioner and his attorneys while he remains hospitalized, including that

Respondents are enjoined from instructing hospital staff to not communicate with Petitioner's

attorneys.

The Court DENIES Petitioner's request for immediate release from custody.

The Clerk of Court is directed to terminate all pending motions and close the case.

SO ORDERED.

Dated: December 5, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2